USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BLONDINE PAUL,

                     Plaintiff,                       **ORDER**

      - against -                  20-CV-5154 (NSR)

MICHAEL CAPRA, et al.,

                     Defendants.

-------------------------------------------------------------X

Román, D.J.:

      Plaintiff, appearing *pro se*, brings this action under 42 U.S.C. § 1983 arising out of an alleged incident that occurred during a visit to her brother at Sing Sing Correctional Facility ("Sing Sing") and the subsequent suspension of her visitation rights. She sues (1) Michael Capra, the Superintendent of Sing Sing, (2) Lieutenant Williams, also of Sing Sing, (3) Investigator Isaac of the New York State Department of Corrections and Community Supervision's ("DOCCS") Office of Special Investigations, (4) "John Doe," an unidentified high-ranking DOCCS official who allegedly denied Plaintiff's administrative appeal of the suspension of her visitation rights, and (5) "Jane Doe," an unidentified Sing Sing official, who allegedly confined the Plaintiff during her visit.

      On August 17, 2020, the Court issued an order requiring the Attorney General of the State of New York, who is the attorney for and agent of DOCCS, to ascertain the identities (including badge numbers, if necessary) of each unidentified "John Doe" or "Jane Doe" defendant whom Plaintiff seeks to sue and the address where each of those defendants may be served. (ECF No. 5.) The Court ordered the Attorney General to provide this information by October 16, 2020.

      On October 16, 2020, the Attorney Generals's Office informed the Court that DOCCS was unable to identify "John Doe" or "Jane Doe." (ECF No. 9) As to "Jane Doe," it indicated that multiple female corrections officers were working in or around the visiting room when

the alleged incident occurred and that the Office would need additional descriptive details including, at a minimum, approximate age, height, race, hair color, and/or any other personally identifying characteristics. (*Id.*) The Attorney General's Office also indicated that there were discrepancies between the date alleged on the Complaint and DOCCS's records. (*Id.*) As to "John Doe," the Attorney General's Office alleges it cannot locate a record of the alleged appeal and requires additional information. (*Id.*)

IT IS, THEREFORE, ORDERED, that Plaintiff, Blondine Paul, provide to the Attorney General's Office additional details including the time, date, and place of the relevant incidents, and a further description of each of the unidentified/unnamed defendants within twenty-five (25) days of this order.

SO ORDERED.

Dated:   White Plains, New York
         October 28, 2020

                                                            Nelson S. Román, U.S.D.J.